## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **U.S. SECURITIES AND EXCHANGE COMMISSION,** 100 F. Street, NE Washington, D.C. 20549-5030 )<br><br>**Plaintiff,** )<br><br>**v.** )<br><br>**GENERAL ELECTRIC COMPANY** 3135 Easton Turnpike Fairfield, CT 06828, )<br><br>**IONICS, INC.** 3 Burlington Woods Drive Burlington, MA 01803, )<br><br>**and** )<br><br>**AMERSHAM PLC** Amersham Place Little Chalfont, HP7 9NA United Kingdom, )<br><br>**Defendants.** | Civil Action No. 10 1258 _____ |

### FINAL JUDGMENT AS TO DEFENDANTS
### GENERAL ELECTRIC COMPANY, IONICS, INC.,
### AND AMERSHAM PLC

The Securities and Exchange Commission having filed a Complaint and

Defendants General Electric Company ("GE"), Ionics, Inc. currently GE Ionics, Inc.

("Ionics"), and Amersham plc currently GE Healthcare Ltd. ("Amersham") (collectively,

"Defendants") having entered general appearances; consented to the Court's jurisdiction

over Defendants and the subject matter of this action; consented to entry of this Final

Judgment without admitting or denying the allegations of the Complaint (except as to

jurisdiction); waived findings of fact and conclusions of law; and waived any right to

appeal from this Final Judgment:

I

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants and

Defendants' officers, agents, servants, employees, attorneys, and all persons in active

concert or participation with them who receive actual notice of this Final Judgment by

personal service or otherwise are permanently restrained and enjoined from violating,

directly or indirectly, Section 13(b)(2)(A) of the Exchange Act , 15 U.S.C.

§ 78m(b)(2)(A), by failing to make and keep books, records, and accounts, which, in

reasonable detail, accurately and fairly reflect the transactions and dispositions of the

assets of the Defendants.

II

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that

Defendants and Defendants' officers, agents, servants, employees, attorneys, and all

persons in active concert or participation with them who receive actual notice of this

Final Judgment by personal service or otherwise are permanently restrained and enjoined

from violating, directly or indirectly, Section 13(b)(2)(B) of the Exchange Act, 15 U.S.C.

§ 78m(b)(2)(B), by failing to devise and maintain a system of internal accounting

controls sufficient to provide reasonable assurances that: (i) transactions are executed in

accordance with management's general or specific authorization; (ii) transactions are

recorded as necessary to permit preparation of financial statements in conformity with

2

generally accepted accounting principles or any other criteria applicable to such

statements, and to maintain accountability for assets; (iii) access to assets is permitted

only in accordance with management's general or specific authorization; and (iv) the

recorded accountability for assets is compared with the existing assets at reasonable

intervals and appropriate action is taken with respect to any differences.

### III

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that

Defendant GE is liable for disgorgement of $18,397,949, representing profits gained as a

result of the conduct alleged in the Complaint, together with prejudgment interest thereon

in the amount of $4,080,665, and a civil penalty in the amount of $1,000,000 pursuant to

Section 21(d)(3) of the Exchange Act, 15 U.S.C. § 78u(d)(3).  Defendant GE shall satisfy

this obligation by paying $23,478,614 within fourteen days after entry of this Final

Judgment by certified check, bank cashier's check, or United States postal money order

payable to the Securities and Exchange Commission. The payment shall be delivered or

mailed to the attention of the Office of Financial Management, Securities and Exchange

Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria,

Virginia 22312, and shall be accompanied by a cover letter identifying GE as a defendant

in this action; setting forth the title and civil action number of this action and the name of

this Court; and specifying that payment is made pursuant to this Final Judgment.

Defendant GE shall also pay post-judgment interest on any delinquent amounts pursuant

to 28 U.S.C. § 1961.  Defendant GE shall simultaneously transmit photocopies of such

payment and letter to the Commission's counsel in this action.  The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

IV

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendants shall comply with all of the undertakings and agreements set forth therein.

V

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: 7/30/10

UNITED STATES DISTRICT JUDGE